UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROGERS ROBINSON | * | CIVIL ACTION NO. 21-885 |
| | * | |
| VERSUS | * | SECTION: "I"(1) |
| | * | |
| KILOLO KIJAKAZI, COMMISSIONER | * | JUDGE LANCE M. AFRICK |
| OF THE SOCIAL SECURITY | * | |
| ADMINISTRATION | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment[1] filed by the plaintiff is **GRANTED**; the Motion for Summary Judgment[2] filed by the Commissioner is **DENIED**; and this matter is remanded to Commissioner for further proceedings at which time the Commissioner should (1) further consider whether, in light of Mr. Robinson's 2013-2014 and 2017 medical records and his puzzling testimony about his travels, his gap in treatment might be reflective of his mental disorder, enlisting the assistance of a consultative examiner if appropriate, (2) consider the possibility that Mr. Robinson's medical treatment after his date last insured could provide insight on his condition during the relevant period, (3) attempt to obtain the Navos Seattle Mental Health

---

[1] Rec. Doc. No. 14
[2] Rec. Doc. No. 15

records, and (4) if another hearing is found to be appropriate, inquire further into the possibility of additional records between 2014 and 2017.

New Orleans, Louisiana, this 20th day of July, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE